**Motion Granted; Petition for Writ of Mandamus Dismissed; and Memorandum Opinion filed November 6, 2014.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-14-00656-CV

---

## IN RE POST-NEWSWEEK STATIONS, HOUSTON, INC., Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**351st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1428102**

---

## MEMORANDUM OPINION

On August 12, 2014, relator Post-Newsweek Stations, Houston, Inc. filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Mark Kent Ellis, presiding judge of the 351st District Court of Harris County, to vacate an order denying relator's motion for release of a video introduced as an exhibit in the underlying litigation.

On October 31, 2014, relator filed a motion to dismiss its petition for writ of mandamus. We grant the motion and dismiss relator's petition for writ of mandamus.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Christopher and Busby.